**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

AUG 12 2020

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ZAKEE SHAKIR,<br><br>    Plaintiff-Appellant,<br><br>  v.<br><br>RICHARD ADAMS, Police Officer in his individual and official capacity; CITY OF FEDERAL WAY, In its official capacity,<br><br>    Defendants-Appellees. | No. 19-35664<br><br>D.C. No. 2:18-cv-01333-RSL<br><br>MEMORANDUM* |

Appeal from the United States District Court
for the Western District of Washington
Robert S. Lasnik, District Judge, Presiding

Submitted August 5, 2020**

Before:     SCHROEDER, HAWKINS, and LEE, Circuit Judges.

Zakee Shakir appeals pro se from the district court's summary judgment in

his 42 U.S.C. § 1983 action alleging constitutional claims.  We have jurisdiction

under 28 U.S.C. § 1291.  We review de novo. *JL Beverage Co., LLC v. Jim Beam*

---

    \*     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

    \*\*     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

*Brands Co.*, 828 F.3d 1098, 1104 (9th Cir. 2016). We affirm.

The district court properly granted summary judgment because Shakir failed to raise a genuine dispute of material fact as to whether defendants violated his constitutional rights. *See Chism v. Washington*, 661 F.3d 380, 386 (9th Cir. 2011) (elements of judicial deception claim); *Long v. County of Los Angeles*, 442 F.3d 1178, 1185-86 (9th Cir. 2006) (requirements for municipal liability under § 1983); *Awabdy v. City of Adelanto*, 368 F.3d 1062, 1066 (9th Cir. 2004) (elements of malicious prosecution claim).

We do not consider matters not specifically and distinctly raised and argued in the opening brief, or arguments and allegations raised for the first time on appeal. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

**AFFIRMED.**